IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| v. | ) ) ) | NO. 07 C 4040 |
| GREAT LAKES CONSTRUCTION COMPANY, an Illinois corporation, | ) ) ) | JUDGE MATTHEW F. KENNELLY |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on September 7, 2007, request this Court enter judgment against Defendant, GREAT LAKES CONSTRUCTION COMPANY, an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On September 7, 2007, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for April 2007 through the present date. The Court retained jurisdiction to enforce the September 7, 2007 order and enter judgment against Defendant.

2. Defendant has submitted its monthly fringe benefit contribution reports for November 2006 through September 2007 but has failed to remit payment of all fringe benefit contributions due thereon. The contribution reports show that the Defendant is delinquent in contributions to the Funds in the amount of $51,483.22. (See Affidavit of Terry Rocco)

3. Additionally, the amount of $20,865.28 is due for liquidated damages. (Rocco Aff. Par. 5). The contribution reports submitted for November 2006 through September 2007 are attached hereto.

4. In addition, Plaintiffs' firm has expended $894.00 for costs and $2,332.50 in attorneys' fees, for a total of $3,226.50, in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $75,575.00.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $75,575.00.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\52J\Great Lakes\#20076\revised motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 28th day of November 2007:

    Mr. Gerald A. Miller, Registered Agent
    Great Lakes Construction Company
    1769 W. Armitage Avenue
    Chicago, IL   60622


        /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\52J\Great Lakes\#20076\revised motion-judgment.cms.df.wpd