IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE )<br>COMMITTEE FOR THE POINTING, )<br>CLEANING AND CAULKING )<br>INDUSTRY, LOCAL 52, *et al.*, )<br>)<br>         Plaintiffs, )<br>)<br>      v. )<br>)<br>GREAT LAKES CONSTRUCTION )<br>COMPANY, an Illinois corporation, )<br>)<br>         Defendant, )<br>)<br>         and )<br>)<br>FRIEDLER CONSTRUCTION )<br>COMPANY, )<br>)<br>         Garnishee )<br>         Defendant. ) | CIVIL ACTION<br><br>NO. 07 C 4040<br><br>JUDGE MATTHEW F. KENNELLY |

**MOTION FOR CONDITIONAL JUDGMENT AGAINST GARNISHEE
DEFENDANT FRIEDLER CONSTRUCTION COMPANY**

The Plaintiffs, CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, by their attorneys, represent to this Court as follows:

      1. On December 13, 2007, this Court entered judgment in favor of Plaintiffs and against Defendant, Great Lakes Construction Company, in the amount of $75,575.00. As of the date of filing the instant motion, only $14,207.92 has been satisfied, thereby leaving $61,367.08 remaining due and owing on the judgment (a copy of the Judgment Order entered December 13, 2007 is attached hereto as Exhibit A).

2. On March 10, 2008, this Court issued a Garnishment Summons (Non-Wage) against Garnishee Defendant Friedler Construction Company ("Friedler" or "Company").

3. The Garnishment Summons, Notice, Affidavit and Interrogatories were duly served upon Friedler, c/o its President, Eric Friedler, by tendering a copy of said documents to M. Stockwell on March 13, 2008 (a copy of the Garnishment Summons (Non-Wage) and Affidavit of Service is attached hereto as Exhibit B). Pursuant to the Garnishment Summons, Friedler's answers to Interrogatories to Garnishee were due April 7, 2008.

4. On April 14, 2008, Plaintiffs' counsel wrote to Friedler and enclosed an additional copy of the Affidavit for Garnishment (Non-Wage) and Interrogatories to Garnishee. Plaintiffs' counsel advised Friedler that if it failed to answer the Garnishment Interrogatories by April 7, 2008, that she would return to court and have a conditional judgment entered against Friedler (a copy of the April 14, 2008 letter and Affidavit for Garnishment (Non-Wage) and Interrogatories to Garnishee are attached hereto as Exhibit C).

5. As of the date of the filing of this motion, Friedler, Garnishee Defendant, has failed to answer the garnishment interrogatories as required.

6. Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, federal courts adopt the practice and procedure of the state in which the District Court sits in proceedings supplementary to and in aid of a judgment.

7. Under Illinois law, the Court may enter conditional judgment against a garnishee for the amount due upon the judgment if the garnishee fails to appear and answer. 735 ILCS 5/12-706(a).

WHEREFORE, Plaintiffs move this Court to render a Conditional Judgment in favor of the Plaintiffs, and against FRIEDLER CONSTRUCTION COMPANY, Garnishee Defendant, in the total amount of $61,367.08.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\52J\Great Lakes\#20076\motion (friedler).cms.df.wpd

<u>**CERTIFICATE OF SERVICE**</u>

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Conditional Judgment Against Garnishee Defendant Friedler Construction Company) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 30th day of April 2008:

                Mr. Eric Friedler, President
                Friedler Construction Company
                2525 N. Elston Avenue, Suite D-240
                Chicago, IL  60647

                Great Lakes Construction Company
                1769 W. Armitage
                Chicago, IL  60622


                /s/  Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\52J\Great Lakes\#20076\motion (friedler).cms.df.wpd